An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL KAPETAN,
Appellant,
vs.
TONY ADAMOLI,
Respondent.

No. 63210

**FILED**

JUL 0 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order resolving an appeal from the justice court. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

13-19308

cc: Chief Judge, The Seventh Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Michael Kapetan
Tony Adamoli
White Pine County Clerk